UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TICOR TITLE COMPANY, a Washington corporation; and COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KIAVI FUNDING, INC., a Delaware corporation, f/k/a LendingHome Funding Corporation,<br><br>Defendant. | NO.  2:22-cv-832<br><br>COMPLAINT FOR DECLARATORY RELIEF |

### I.  NATURE OF CASE

1. This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 brought by Commonwealth Land Title Insurance Company ("Commonwealth") and Ticor Title Company ("Ticor") against Kiavi Funding, Inc. ("Kiavi") to resolve disputes over whether coverage exists under two policies of title insurance and two Closing Protection Letters.

2. Defendant Kiavi has made claims under two title policies and two Closing Protection Letters arising out of two separate real estate transactions.  In both

COMPLAINT FOR DECLARATORY RELIEF – 1

transactions, Kiavi transferred money to Aurora Lynn Rivera, the sole governor of the company Escrow Services of Washington LLC ("Escrow Services"), a company wholly unrelated to either Commonwealth or Ticor. Ms. Rivera, acting as an escrow agent, then absconded with the funds transferred to her and her company. As a result, certain interests were not paid off as directed by Kiavi, and no premium was ever paid for two Commonwealth title insurance policies. Kiavi has made certain claims under the title policies and closing protection letters, which Commonwealth has denied. Commonwealth and Ticor bring this action seeking a declaration that their denial of coverage is proper under the terms of the title policies, closing protection letters and law.

## II.  PARTIES

3. Plaintiff Ticor Title Company is a corporation organized, existing and doing business under and by virtue of the laws of the State of Washington with its principal place of business located in Seattle, Washington. Ticor is a member of the Fidelity National Financial, Inc. family of companies.

4. Plaintiff Commonwealth Land Title Insurance Company is a corporation organized, existing and doing business under and by virtue of the laws of the State of Florida with its principal place of business located in Jacksonville, Florida. Commonwealth is a member of the Fidelity National Financial, Inc. family of companies.

5. Defendant Kiavi Funding, Inc. ("Kiavi") is a Delaware corporation with a principal place of business in Pittsburgh, Pennsylvania. Kiavi was formerly known as LendingHome Funding Corporation.

## III.  JURISDICTION AND VENUE

6. *Jurisdiction*. Defendant Kiavi is a citizen of a different state than either of Plaintiffs. The amount in controversy exceeds $75,000. This court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

COMPLAINT FOR DECLARATORY RELIEF – 2

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

7. ***Venue*** is proper in this district where the transactions at issue occurred and the real properties subject to those transactions are located.

## IV. BACKGROUND

8. ***The Transactions***. Defendant Kiavi, then known as LendingHome, purportedly made two loans to Tang Real Estate Investments Corporation ("TREIC") in October 2021, as follows:

(a) ***The Seattle Property***. TREIC owned property located at 8329 44th Avenue South, Seattle, Washington 98118 (the "Seattle Property"), encumbered by a deed of trust in favor of Level Capital LLC ("Level") for $660,000, recorded on December 23, 2019. On information and belief, in October of 2021, Kiavi transferred $658,000 into an escrow account in the name of Escrow Services of Washington LLC, located in Newcastle, Washington. On information and belief, Kiavi instructed Escrow Services, *inter alia*, to advance sufficient funds to pay off the deed of trust held by Level and to obtain a reconveyance of that deed of trust, to record a deed of trust in favor of Kiavi, and to forward funds to Plaintiff Ticor to purchase title insurance and a Closing Protection Letter.

(b) ***The Everett Property***. TREIC owned property located at 3226 102nd Place SE, Everett, Washington 98208 (the "Everett Property"), encumbered by a deed of trust in favor of Kiavi, then known as LendingHome Funding Corporation. On information and belief, in October of 2021, Kiavi transferred $630,000 into an account in the name of Escrow Services. On information and belief, Kiavi instructed Escrow Services, *inter alia*, to advance sufficient funds to pay off the existing LendingHome deed of trust and obtain a reconveyance of that deed of trust, to record a new deed of trust in favor of Kiavi, and to forward funds to Plaintiff Ticor to purchase title insurance and a Closing Protection Letter.

COMPLAINT FOR DECLARATORY RELIEF – 3

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

9. Aurora Lynn Rivera was licensed as a Limited Practice Officer by the Washington State Bar Association. Rivera is the sole governor of Escrow Services. Plaintiffs have no agency agreement with Rivera or Escrow Services. Rivera and Escrow Services served as agent for Kiavi in completing Kiavi's instructions regarding the Seattle and Everett Properties.

10. The Kiavi deed of trust on the Seattle Property was recorded on October 8, 2021. Rivera induced Ticor to issue a title insurance policy to Kiavi by representing that she/Escrow Services would pay the prior deed of trust held by Level at closing. In reliance on that representation, Ticor issued a title policy. A copy of that purported policy is attached as *Appendix A*.

11. The Kiavi deed of trust on the Everett Property was recorded on October 22, 2021. Rivera induced Ticor to issue a title insurance policy to Kiavi by representing that she/Escrow Services would pay the prior Kiavi/Lending Home deed of trust at closing. In reliance on that representation, Ticor issued a title policy. A copy of that purported policy is attached as *Appendix B*.

12. Rivera/Escrow Services failed to follow Kiavi's escrow instructions. Instead of using the funds Kiavi wired into escrow to pay off the prior deeds of trust on the Properties and to pay Ticor for issuance of title policies, on information and belief, Rivera diverted the escrowed funds to an account in Turkey. Rivera later claimed that she had been the victim of an extortion.

13. Defendant Commonwealth provided a Closing Protection Letter to Kiavi dated September 1, 2021 in connection with the Seattle Property, and one dated September 10, 2021 in connection with the Everett Property. True copies are attached as *Appendices C* and *D*. Under those Letters, Commonwealth agreed to indemnify Kiavi for certain losses in connection with the transactions *only if* the "Settlement Agent or

COMPLAINT FOR DECLARATORY RELIEF – 4

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Approved Attorney" handling the escrow transaction was "Ticor Title Company." Ticor Title Company did not handle the escrow transaction for either property. No sub-escrow was ever established with Ticor, and no payment was ever received by Ticor or Commonwealth in exchange for these Closing Protection Letters. Neither Rivera nor Escrow Services is a "Settlement Agent or Approved Attorney" under the Closing Protection Letters.

14. On March 14, 2022, Kiavi made a claim on the Everett Policy because of "an alleged issue with the payoff of a prior lien on our preliminary title … it is our understanding that due to possible fraud, that the [prior LendingHome lien] was not paid off, resulting in Kiavi's current loan not being in first lien position." A true copy of this letter is attached as *Appendix E*.

15. On March 16, 2022, Kiavi made a claim on the Seattle Policy because of "an alleged issue with the payoff of a prior lien … It is our understanding that due to possible fraud, that [lien of Level Capital] was not paid off, resulting in Kiavi's current loan not being in first lien position." A true copy of this letter is attached as *Appendix F.*

16. On April 22, 2022, owner TREIC filed an Amended Complaint in *Tang Real Estate Investments Corp. v. Escrow Services of Washington, et al.*, King County Superior Court No. 21-2-15612-2 SEA ("TREIC Lawsuit"), naming Kiavi as a defendant. A true copy of the Amended Complaint is attached as *Appendix G*. Kiavi forwarded a copy of the Amended Complaint to Commonwealth on April 28, 2022 and requested indemnity and defense coverage determinations.

17. By letters dated June 8, 2022, true copies of which are attached at *Appendices H* and *I*, Commonwealth denied Kiavi's claim for indemnity and defense for, *inter alia*, the following reasons:

COMPLAINT FOR DECLARATORY RELIEF – 5

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

(a) Commonwealth never received payment for the policies, and there is a failure of consideration. There is no policy coverage on either Property and there is no duty to defend.

(b) Even if any coverage under a title insurance policy existed, the tendered Amended Complaint in the TREIC Lawsuit does not state a claim which potentially triggers coverage under the terms of either Policy.

(c) There is no claim under either Closing Protection Letter because those letters were limited to acts and omissions of Commonwealth's agent Ticor, and did not provide coverage for the acts and omissions of Rivera/Escrow Services.

## V.  FIRST CLAIM: DECLARATORY RELIEF

18. All allegations in the preceding paragraphs are incorporated herein.

19. A real, present, and justiciable controversy has arisen between Kiavi and Plaintiffs regarding whether Commonwealth and/or Ticor has any duty under the Title Policies or the Closing Protection Letters either to indemnify Kiavi or defend it in the TREIC Lawsuit.

20. This Court should determine and declare that (a) no valid policy of title insurance was issued to Kiavi by Commonwealth or Ticor; (b) Kiavi has no claim under the Closing Protection Letters; (c) Commonwealth has no duty to defend Kiavi in the TREIC Lawsuit; (d) Kiavi suffered no injury that is subject to indemnification under the Title Policies or Closing Protection Letters; and (e) Commonwealth has no indemnity or other obligations under the title policies.

## VI.  PRAYER FOR RELIEF

21. Plaintiffs request that this Court:

(a) Declare that Commonwealth and Ticor have no duty to indemnify Plaintiff Kiavi under the Title Policies or Closing Protection Letters;

COMPLAINT FOR DECLARATORY RELIEF – 6

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

(b) Declare that Commonwealth and Ticor properly rejected Kiavi's tender of claims;

(c) Declare that Commonwealth and Ticor have no duty under the Closing Protection Letters because Rivera/Escrow Services was never the "Settlement Agent of Approved Attorney" under the plain language of the Letters;

(d) Declare that Commonwealth and Ticor have no duty to defend Plaintiff in the *Tang* Lawsuit;

(e) Declare that Kiavi suffered no injury that is compensable under the Title Policies or Closing Protection Letters;

(f) Declare that Commonwealth/Ticor's denial of coverage and denial of tender for Kiavi's tender was proper; and

(g) Enter such other relief as is just and equitable.

DATED: June 14, 2022.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

　/s/ Richard E. Spoonemore　
Richard E. Spoonemore, WSBA #21833
*rspoonemore@sylaw.com*

　/s/ Ann E. Merryfield　
Ann E. Merryfield, WSBA #14456
*amerryfield@sylaw.com*
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
Facsimile:  (206) 223-0246

*Attorneys for Plaintiffs*

COMPLAINT FOR DECLARATORY RELIEF – 7

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246