Hon Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TICOR TITLE COMPANY, a Washington corporation; and COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida corporation,<br><br>Plaintiffs,<br>v.<br><br>KIAVI FUNDING, INC., a Delaware corporation, f/k/a LendingHome Funding Corporation,<br><br>Defendant. | Case No.: 2:22-cv-832-BJR<br><br>**ORDER GRANTING STIPULATED MOTION OF PLAINTIFFS TICOR TITLE COMPANY, AND COMMONWEALTH LAND TITLE INSURANCE COMPANY AND DEFENDANT KIAVI FUNDING, INC. TO AMEND THE ORDER SETTING TRIAL DATES AND RELATED DATES AND VACATE THE TRIAL-RELATED DATES AND THE PRETRIAL CONFERENCE PENDING THE RULING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

THIS MATTER came before the above-entitled Court this 21st day of April 2023, on Plaintiffs Ticor Title Company ("Ticor") and Commonwealth Land Title Insurance Company ("Commonwealth") and Defendant Kiavi Funding, Inc. ("Kiavi") (collectively, "Parties"), Joint and Stipulated Motion to Amend the Court's Order Setting Trial Dates and Related Dates (ECF #11) (hereinafter, "Order") and to vacate the remaining Trial-Related dates and the Pretrial Conference pending the Court's ruling on the Parties' Cross-Motions for Summary Judgment. The Court, having considered the moving papers, and the pleadings and records filed herein, orders and adjudicates as follows:

ORDER
(2:22-CV-832-BJR) – Page 1

Wright, Finlay & Zak, LLP
612 S. Lucile St., Suite 300
Seattle, WA 98108
(206) 691-8663

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Parties' Joint and Stipulated Motion and vacate the Trial-Related Dates and the Pretrial Conference pending its ruling on the Parties' Cross-Motions for Summary Judgment is GRANTED. All trial-related dates and the Pretrial Conference are hereby vacated pending the ruling on the Parties' Cross-Motions for Summary Judgment.

DONE this 21st day of April 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
WRIGHT, FINLAY, & ZAK, LLP


/s/ Lukasz I. Wozniak_____
Lukasz I. Wozniak, WSBA# 47290
Attorney for Defendant KIAVI FUNDING,
INC. f/k/a LendingHome Funding Corporation

ORDER
(2:22-CV-832-BJR) – Page 2

Wright, Finlay & Zak, LLP
612 S. Lucile St., Suite 300
Seattle, WA 98108
(206) 691-8663